IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **Volteon LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**LG Electronics U.S.A., Inc.,**<br><br>                    Defendant. | **Case No. 7:25-cv-00051**<br><br>**Patent Case**<br><br>**Jury Trial Demanded** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO MOVE, ANSWER, OR OTHERWISE RESPOND**

Plaintiff Volteon LLC ("Plaintiff") files this Unopposed Motion for Extension of Time for Defendant LG Electronics U.S.A., Inc. ("Defendant") to answer, move or otherwise respond to the Complaint.

Defendant's response to the Complaint is currently due May 5, 2025. Plaintiff respectfully submits that good cause exists to extend the deadline as the parties are engaged in settlement negotiations. Counsel for Plaintiff has conferred with counsel for Defendant, and this request is unopposed. Accordingly, Defendant's new deadline will be June 4, 2025, under the unopposed 30-day extension.

The extension sought by this motion is the second extension of this deadline. The parties do not make this request for the purpose of delay, but so that justice may be efficiently served.

Accordingly, Plaintiff requests that the Court grant this Unopposed Motion and extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint to June 4, 2025.

Dated: April 23, 2025                         Respectfully submitted,

                                              s/ Isaac Rabicoff
                                              Isaac Rabicoff

Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
773-669-4590
isaac@rabilaw.com
**Counsel for Plaintiff**
**Volteon LLC**

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(i), counsel for Plaintiff and counsel for Defendant conferred regarding the motion for extension of time on April 23, 2025. Counsel for Defendant does not oppose this motion and the extension sought hereby.

/s/ *Isaac Rabicoff*
Isaac Rabicoff

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 23, 2025, via the Court's CM/ECF system.

/s/ *Isaac Rabicoff*
Isaac Rabicoff